IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv179

| | | |
|---|---|---|
| THOMAS J. BERITELLI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WELLS FARGO BANK, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pending before the Court is the Consent Motion for Extension of Time [# 49]. Plaintiffs request an extension of time to respond to Defendant Decker's Motion to Dismiss Amended Complaint [# 44]. For good cause shown, the Court **GRANTS** the motion [# 49]. Plaintiffs shall have an additional fourteen (14) days to respond to the Motion to Dismiss the Amended Complaint. In addition, the Court **DENIES as moot** the Motions to Dismiss the Complaint [# 20, # 22, & #36] because Plaintiffs have filed an Amended Complaint.

Signed: November 9, 2011

Dennis L. Howell
United States Magistrate Judge