## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE AND BRYSON CITY DIVISIONS

| | |
|---|---|
| IN RE: ) | |
| ) | Civil Case Nos. 1:11-cv-00179; |
| WELLS FARGO BANK, N.A. ) | 2:12-cv-00035; 2:12-cv-00036; |
| RIVER ROCK CASES. ) | 2:12-cv-00037; 2:12-cv-00038; |
| ) | 2:12-cv-00039; 2:12-cv-00040; |
| ) | 2:12-cv-00041; 2:12-cv-00042; |
| ) | 2:12-cv-00043; 2:12-cv-00044; |
| ) | 2:12-cv-00045; 2:12-cv-00046; |
| ) | 2:12-cv-00047; 2:12-cv-00048; |
| ) | 2:12-cv-00049; 2:12-cv-00050; |
| ) | 2:12-cv-00051; 2:12-cv-00052; |
| ) | 2:12-cv-00053; 2:12-cv-00054; |
| ) | 2:12-cv-00056; 2:12-cv-00057; |
| ) | 2:12-cv-00058; 2:12-cv-00059; |
| ) | 2:12-cv-00060; 2:12-cv-00061 |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Consent Motion for Extension of Time to Answer and Otherwise Respond to Plaintiffs' Complaints and for a Combined Initial Attorneys' Conference [Civil Case No. 1:11-cv-00179-MR, Doc. 115] related to the above-referenced cases (hereinafter "the Wells Fargo-River Rock Cases").

For the reasons stated in the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 115] is **GRANTED**, and the Defendant shall have through and including **December 30, 2013** within which to file all of its answers to the Plaintiffs'

Complaints in the Wells Fargo-River Rock Cases. It is anticipated that the Defendant shall file its Answers on a "rolling basis" during this time period.

**IT IS FURTHER ORDERED** that the parties shall be permitted to conduct one combined initial attorneys' conference for the Wells Fargo-River Rock cases, which conference shall occur after there has been joinder of the issues in each of the Wells Fargo-River Rock cases.

**IT IS SO ORDERED.**  Signed: October 21, 2013

Martin Reidinger
United States District Judge