# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Civil Case Nos. 1:11-cv-00179; |
| WELLS FARGO BANK, N.A. | ) | 2:12-cv-00035; 2:12-cv-00036; |
| RIVER ROCK CASES. | ) | 2:12-cv-00037; 2:12-cv-00038; |
| | ) | 2:12-cv-00039; 2:12-cv-00040; |
| | ) | 2:12-cv-00041; 2:12-cv-00042; |
| | ) | 2:12-cv-00043; 2:12-cv-00044; |
| | ) | 2:12-cv-00045; 2:12-cv-00046; |
| | ) | 2:12-cv-00047; 2:12-cv-00048; |
| | ) | 2:12-cv-00049; 2:12-cv-00050; |
| | ) | 2:12-cv-00051; 2:12-cv-00052; |
| | ) | 2:12-cv-00053; 2:12-cv-00054; |
| | ) | 2:12-cv-00056; 2:12-cv-00057; |
| | ) | 2:12-cv-00058; 2:12-cv-00059; |
| | ) | 2:12-cv-00060; 2:12-cv-00061 |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiffs' Joint Consent Motion for Extension of time for Plaintiffs to Answer Counterclaims and for a Combined Initial Attorneys' Conference [Doc. 118].

Upon consideration of the Plaintiffs' motion, and in light of the lack of opposition by the Defendants, the Court will grant the motion. The parties are advised, however, that no further extension of the pleading deadlines will be allowed.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Joint Consent Motion for Extension of time for Plaintiffs to Answer Counterclaims and for

a Combined Initial Attorneys' Conference [Doc. 118] is **GRANTED**, and the Plaintiffs' deadline for filing answers and otherwise responding to any counterclaims in the above-captioned cases is **EXTENDED** until and including **January 23, 2014**.

       **IT IS FURTHER ORDERED** that the parties may hold one combined initial attorneys' conference, which shall occur after there been joinder of issues in all of the above-captioned cases.

       **IT IS SO ORDERED.**

Signed: December 3, 2013

Martin Reidinger
United States District Judge