THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-000179-MR

| | |
|---|---|
| THOMAS J. BERITELLI and SHARON A. BERITELLI, ) ) ) Plaintiffs, ) ) vs. ) ) ) WELLS FARGO BANK, N.A. and ) KERRY LANGLEY, ) ) Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' Consent Motion for Voluntary Dismissal of Defendant Kerry Langley [Doc. 131].

Upon review of the Plaintiffs' motion,

**IT IS, THEREFORE ORDERED** that the Plaintiffs' Motion [Doc. 131] is **GRANTED**, and Defendant Kerry Langley is hereby **DISMISSED** from this action.

**IT IS SO ORDERED.**

Signed: June 16, 2015

Martin Reidinger
United States District Judge